UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL THOMAS,<br>　　　Plaintiff,<br><br>　　　v.<br><br>CENTRAL PENN CAPITAL<br>MANAGEMENT LLC, and KIMBERLY<br>BOWER,<br>　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 5:21-cv-04370 |

**O R D E R**

**AND NOW**, this 6th day of October, 2021, upon consideration of pro se Plaintiff Carl Thomas' Application to Proceed *In Forma Pauperis*, ECF No. 1, Complaint, ECF No. 2, Emergency Motion for Temporary Restraining Order, ECF No. 3, Emergency Motion for Stay of Eviction and Civil Restraining Order for Protection, ECF No. 4, and for the reasons set forth in the Court's Opinion issued this date **IT IS ORDERED THAT:**

　　　1.　　Thomas' Application to Proceed *In Forma Pauperis*, is **GRANTED**.[1]

　　　2.　　**On or before October 22, 2021**, Thomas shall **SHOW CAUSE** why this matter should not be dismissed for lack of jurisdiction.

　　　3.　　Thomas' Emergency Motion for Temporary Restraining Order, ECF No. 3, and Emergency Motion for Stay of Eviction and Civil Restraining Order for Protection, ECF No. 4, are **DISMISSED for lack of jurisdiction**.[2]

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1]　　Thomas' Complaint is subject to the screening requirements of 28 U.S.C. § 1915(e)(2)(B).  Notwithstanding, because it appears that this Court lacks jurisdiction to hear this matter, it does not undertake a screening of the Complaint at this time.

[2]　　To the extent that Thomas can establish that this Court has jurisdiction over this case *prior to* his eviction, he may petition this Court for reconsideration of his emergency motions, ECF Nos. 3 and 4.